UNITED STATES DISTRICT COURT
For the Northern District of Illinois −
Eastern Division

| | |
|---|---|
| Bulgarian Traditions and Peter Georgiev }<br>}<br>Plaintiffs }<br>}<br>vs. }<br>}<br>United States Small Business Administration, }<br>Isabella Casillas Guzman as the Administrator of }<br>the SBA, Janet Yellen as the Secretary of the United}<br>States Department of the Treasury, and Does 1 to 5 } | Civil Case No.: 21-cv-06300<br>Judge: Honorable Andrea R. Wood |

**PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL OF ENTIRE CASE**

WHEREAS, no Defendant has filed an answer or a motion for summary judgment in this action; and

WHEREAS, no cross-claim or counter-claim has been filed in this action.

Plaintiffs, Bulgarian Traditions and Peter Georgiev, hereby dismiss this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each party to bear its own costs and attorneys fees.

Date: 5/26/202

                        Respectfully Submitted by

                        _____s/ Nicolette Glazer Esq._____
                        Nicolette Glazer Esq.
                        LAW OFFICES OF LARRY R GLAZER
                        1999 Avenue of the Stars #1100
                        Century City, CA 90067
                        T: 310-407-5353
                        F: 310-407-5354
                        nicolette@glazerandglazer.com
                        ATTORNEY FOR PLAINTIFFS

**Certificate of Service**

This document was tendered for filing via the CM/ECF e-filing court system for electronic service to all registered parties entitled to notice. In addition, a copy of this document was served via email to Ms. Kathleen Przywara Esq. at Kathleen.Przywara@usdoj.gov.

        _____s/ Nicolette Glazer Esq._____
          Nicolette Glazer Esq.